(*Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Judgment and order of the county court of Oneida county affirmed, with costs.

---

### PARKS, Appellant, v. BOYCE, Respondent.

(*Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Judgment of the Madison county court reversed, and that of the justice court affirmed, with costs.

---

### PEOPLE ex rel. TAYLOR, Respondent, v. POTTS, Appellant.

(*Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Motion to dismiss denied. Order reversed, with $10 costs and disbursements.

---

### PEOPLE, Appellant, v. SNAITH et al., Respondents.

(*Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Order affirmed, with $10 costs and disbursements. For former report, see *ante,* 668.

---

### PEOPLE, Respondent, v. WOOD, Appellant.

(*Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Order settled and filed with the clerk of Oneida. HARDIN, P. J., not voting. For former report, see 7 N. Y. Supp. 712.

---

### PRESTON, Appellant, v. ALEXANDER, Respondent.

(*Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Order reversed, with printing disbursements, and motion denied, with $10 costs.

---

### RUMSEY, Respondent, v. McCARTHY, Appellant.

(*Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Order affirmed, with $10 costs and disbursements.

---

### SINGLETON, Respondent, v. HOME INS. CO. OF NEW YORK, impleaded Appellant.

(*Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Judgment affirmed. Order affirmed, with $10 costs and disbursements.